FEE PAID RECEIPT NO# 156014531

22

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Alishia Monique Jones

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* (Tzvi Koslowe

v.

Ahmed Taylor + all S.K. Nahar
yvette Transou
Antoine OTT-Terrell
Art McClellan
MElanie Ruthurford
Dustin McClellan
DEAN Bevacqua
Dana Hudson
Jack McIntyre, Oakland county
et.al.)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:25-cv-10681
Assigned To : DeClercq, Susan K.
Referral Judge: Grand, David R.
Assign. Date : 3/11/2025
Description: CMP JONES V. TAYLOR ET AL.
(TH)

Jury Trial: ☑ Yes ☐ No
*(check one)*

# Complaint for a Civil Case

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

Alishia Jones,

Plaintiff,

v.

Ahmad Taylor, Executive Director of Pontiac Housing Commission, Yvette Transou, Deputy Director Of the Pontiac Housing Commission, Antoine Ott-Terrell, Financial Controller/HQS Inspector, Pontiac Housing Commission Board of Commissioners President Art McClellan, Vice President and City Councilwoman Melanie Rutherford, Commissioner Dustin McClellan, Commissioner Dean Bevacqua, Resident Commissioner Dana Hudson,Pontiac Code Enforcement Manager Jack McIntire, Tzvi Koslowe and John/Jane Doe Defendants of SK NAHAR LLC, KOM Properties, City of Pontiac, County of Oakland, et al.,

Defendants.

Civil Rights Complaint

Case No. 2:25-cv-10329-PJW-EAS

HONORABLE JUDGE Robert J. White

---

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name               Alishia Monique Jones
Street Address     89 City Line RD
City and County    Pontiac     Oakland
State and Zip Code MI  48342
Telephone Number   313) 590-3801
E-mail Address     Alishia Jones 24 @ gmail.com

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name               Ahmed Taylor Et. Al
Job or Title       Executive Director of Pontiac
(if known)         Housing commission
Street Address     91 Saginaw St
City and County    Pontiac   Oakland
State and Zip Code MI        48342
Telephone Number   248 338-4551
E-mail Address     ATaylor @ pontiachousing.com
(if known)

Defendant No. 2

Name               Tzvi Koslowe - S.K. Nahar LLc
Job or Title       Owner / management company
(if known)
Street Address     23075 Laurel Valley st
City and County    Southfield   Oakland County
State and Zip Code MI        48034
Telephone Number   
E-mail Address     
(if known)

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    _____

Street Address          _____

City and County         _____

State and Zip Code      _____

Telephone Number        _____

E-mail Address          _____

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                    Pontiac Housing Commission

Job or Title            _____
(if known)

Street Address          91 N Saginaw

City and County         Pontiac          Oakland

State and Zip Code      MI      48342

Telephone Number        248  338-4551

E-mail Address          _____
(if known)

Defendant No. 2

Name                    Dean Bevacqua

Job or Title            Commissioner
(if known)

Street Address          91 Saginaw

City and County         Pontiac      Oakland

State and Zip Code      MI      48342

Telephone Number        248 338-4551

E-mail Address          _____
(if known)

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  Alishua Jones

Street Address        30 City Line RD

City and County       Pontiac   Oakland

State and Zip Code    MI   48342

Telephone Number

E-mail Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                  Melanie Rutherford

Job or Title          Consil woman and vice President
(if known)

Street Address        Pontiac City Hall

City and County       Pontiac   Oakland

State and Zip Code    MI   48342

Telephone Number

E-mail Address        248-758-3017
(if known)

Defendant No. 2

Name                  Art & Dustin McClellan

Job or Title          Vice President /commissioners
(if known)

Street Address        Pontiac City Hall

City and County       Pontiac   Oakland

State and Zip Code    MI   48342

Telephone Number      248) 758-3017

E-mail Address
(if known)

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name _____Art McClellan_____

Job or Title (if known) _____Board of Commissioner President_____

Street Address _____91 Saginaw_____

City and County _____Pontiac     Oakland_____

State and Zip Code _____MI     48342_____

Telephone Number _____248 ) 338-4551._____

E-mail Address (if known) _____

Defendant No. 2

Name _____Dustin McClellan_____

Job or Title (if known) _____Commissioner._____

Street Address _____91 Saginaw_____

City and County _____Pontiac     Oakland_____

State and Zip Code _____MI     48342_____

Telephone Number _____248) 338-4551_____

E-mail Address (if known) _____

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Jack McIntyre |
| Job or Title (if known) | Code inforcement manager |
| Street Address | 47450 woodward ave. |
| City and County | pontiac  oakland County |
| State and Zip Code | MI  48324 |
| Telephone Number | 248-758-2832 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Dana Hudson |
| Job or Title (if known) | Resident commissioner |
| Street Address | 1668 W Euclid St, |
| City and County | Detroit  Wayne  County |
| State and Zip Code | MI  48206 |
| Telephone Number | 313 - 638 - 1303 (313 - 554-4923) |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name                    Yvette Transou

Job or Title            Deputy Director of Pontiac Housing
(if known)

Street Address          91 Saginaw

City and County         Pontiac        Oakland County

State and Zip Code      MI        48342

Telephone Number        248) 338-4551

E-mail Address          YTransou@pontiachousing.com
(if known)

Defendant No. 4

Name                    Antoine Ott-Terrell

Job or Title            Financial Controller/HQS inspector
(if known)

Street Address          91 Saginaw

City and County         Pontiac  Oakland

State and Zip Code      MI        48342

Telephone Number        248) 338-4551

E-mail Address
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Sh Wahar LLC |
| Job or Title (if known) | 23075 Laurel Valley st Property owner |
| Street Address | |
| City and County | Southfield   Oakland |
| State and Zip Code | MI , 48034 |
| Telephone Number | 802-386402   File # |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | hom Properties |
| Job or Title (if known) | property management |
| Street Address | 232 wessen st Pontiac |
| City and County | pontiac   Oakland |
| State and Zip Code | MI , 48341 |
| Telephone Number | 734-646-5333 |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1331 and 1343, as this matter involves federal questions under the Fair Housing Act, 42 U.S.C. §§ 3601 et seq., and related civil rights statutes.

2. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to the claims occurred within this district.

---

## PARTIES

3. Plaintiff Alishia Jones is a resident of Pontiac, Michigan, and was at all relevant times a tenant under the Housing Choice Voucher Program through the Pontiac Housing Commission.

4. Defendant Ahmad Taylor is the Executive Director of The Pontiac Housing Commission, responsible for overseeing federal housing policies, including the

enforcement of fair housing laws and the proper administration of the Housing Choice Voucher Program. Taylor is sued in both his official and personal capacities.

5. Defendant Melanie Ruthford is a member of the Pontiac City Council and serves as Vice President of the Pontiac Housing Commission Board, responsible for making decisions affecting housing policy, including oversight of the Pontiac Housing Commission. Ruthford is sued in both her official and personal capacities.

6. Defendant Pontiac Housing Commission (PHC) is a public housing authority tasked with overseeing the administration of housing programs and ensuring compliance with federal housing law.

## FACTUAL BACKGROUND

### 1. Unaddressed Housing Violations and Unsafe Living Conditions

Plaintiff moved into her home in 2013, under the management of the Pontiac Housing Commission (PHC), and immediately encountered severe housing issues, including detached cabinets, a leaky roof, and mold growth.

Despite repeated complaints from Plaintiff about these hazards, PHC failed to adequately address these concerns, resulting in the continued deterioration of Plaintiff's living conditions.

Specifically, persistent leaks from the ceiling, mold growth, and structural damages continued to worsen, posing serious health and safety risks to Plaintiff and her family.

After many attempts to bring attention to this issue, on 1/13/2025 Tammi Cooper of Pontiac Code Enforcement came out to inspect the property with John Doe of KOM

Property Management whom made a clear commit that "This property is not safe to enter".

John Doe of KOM Property recorded of all damages confirming the deterioration of the property.

On approximately 1/20/2025, Plaintiff received another eviction notice.

On 2/13/2025, a citation was placed on Plaintiff's door for SK NAHAR LLC.

On 2/19/2025 Tammi Cooper of Pontiac Code Enforcement returned to the property to do a proper inspection and confirmed that the home was a "Fire Hazard" and "Uninhabitable".

Nothing was done to ensure Plaintiff and her family safety or safe housing and no repairs were ordered or done.

Tammi Cooper of Pontiac Code Enforcement refused to give Plaintiff a copy of said report.

On approximately 3/3/2025, Plaintiff, along with Marcus Kelley, went to the Pontiac Code Enforcement office demanding a copy of said report and was provided said report.

On 3/9/2025, the brother and associate of Executive Director of Pontiac Housing, Ahmod Taylor, posted on social media Plaintiff's past criminal record as yet another attempt to harass, intimidate, and humiliate Plaintiff for bringing a complaint.

## 2. Electrical Hazards and Damaged Appliances

In September 2021, a power surge caused by faulty electrical wiring damaged several household appliances, including a refrigerator, stove, and computers.

PHC failed to address these issues, leaving Plaintiff without proper heating, cooling, and functioning electrical systems.

### 3. Retaliation and Harassment

Plaintiff raised concerns about harassment from a neighbor, yet PHC and relevant authorities, including Defendants Taylor and Ruthford, took no action.

Plaintiff's complaints about a maintenance worker smoking marijuana and being unlicensed led to retaliatory eviction threats and the termination of her voucher.

Additionally, Defendants denied Plaintiff's requests for relocation, despite her right to use her Housing Choice Voucher for such purposes.

### 4. Violation of Housing Voucher Rights

In 2018, Plaintiff was promised the opportunity to purchase her home and receive housing choice vouchers, but the promised vouchers were never provided.

PHC raised Plaintiff's rent multiple times, including during the COVID-19 pandemic, in violation of housing laws.

### 5. Failure to Inspect and Ongoing Harassment

Plaintiff discovered that her home had never been properly inspected, yet PHC continued to collect rent and government assistance payments.

Plaintiff was subjected to public humiliation and harassment, including false rental history reports and eviction notices including public shaming for filing complaints. It should be noted that Plaintiff brought these issues to the attention of current Mayor Tim Griemel only to be further victimized for her attempts to bring a viable complaint against City and State Actors acting in their Official Capacities.

## 6. Mental and Physical Health Impact

The dangerous living conditions and retaliatory actions have severely affected Plaintiff's health, both mentally and physically. Plaintiff and her children have suffered from stress, anxiety, and other health issues, resulting in the need for mental health support.

## LEGAL CLAIMS

### Count I: Fair Housing Act Violations

7. Defendants have discriminated against Plaintiff on the basis of race, disability, and familial status in violation of the Fair Housing Act, 42 U.S.C. §§ 3601 et seq., by failing to address hazardous living conditions, retaliating against Plaintiff for asserting her rights, and subjecting her to harassment and wrongful eviction threats.

Count II: Violations of the Housing Choice Voucher Program

8. Defendants have violated Plaintiff's rights under the Housing Choice Voucher Program, 42 U.S.C. §§ 1437f, by misinforming Plaintiff about her voucher status, denying her the ability to relocate, and unfairly raising her rent.

Count III: Retaliation and Harassment

9. Defendants engaged in retaliatory conduct in violation of Plaintiff's rights under the Fair Housing Act and the HCVP, including evicting her, terminating her voucher, and subjecting her to public humiliation.

Count IV: Negligence

10. Defendants have acted negligently in failing to inspect the property, provide adequate repairs, and ensure safe living conditions, causing Plaintiff to suffer physical harm, emotional distress, and financial damages.

**REQUESTED RELIEF**

**WHEREFORE,** Plaintiff respectfully requests that this Court:

1. Order an immediate investigation into the actions and inactions of the Pontiac Housing Commission, Defendants Taylor and Ruthford, and the wrongful treatment Plaintiff has endured.

2. Provide injunctive relief requiring the repair of Plaintiff's home, including addressing the roof, electrical system, plumbing, and mold issues.

3. Issue an order mandating that Plaintiff's Housing Choice Voucher be restored, with the option to relocate to a safe and habitable residence.

4. Award Plaintiff compensatory damages for physical, emotional, and financial harm, including costs incurred due to the unsafe living conditions, retaliation, and harassment.

5. Award Plaintiff punitive damages to deter future violations of her civil rights.

6. Award Plaintiff attorney's fees, costs, and any other relief deemed appropriate by the Court.

---

Dated: January 17, 2025

Respectfully Submitted,

Alishia Jones

Pro Se

39 City Line Rd

Pontiac, Mi 48342

313.590.3801

Alishiajones24@gmail.com

**Attachments:**

**Photos and videos of housing conditions**

**Work orders and complaints submitted to Pontiac Housing Commission**

**City inspector's report**

**Assessment report from 360 regarding mold and damages**

**Copies of eviction notices, emails, and correspondence with Pontiac Housing**

**Commission and HUD**

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.　　The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):* Mental and Physical Health, Hotel fees housing Expenses/pain + suffering violations of my civil Rights. Harrassment. Public Humilliation. etc. Compensatory Damages and Punitive Damages

## III.　Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I have Rented a house Through Pontiac Housing commission whom later sold to S.K. Nahar. But continued to manage the properties. over the course of 13 Years all Defendents Directly or indirectly participated in causing Both physical and mental harm to myself and my children and grand children as well as causing unsafe and Inhumane housing/living conditions to Each of US while in their individual and official compacity.

5

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Punitive Damages - $1,500,000.00 This will hold the Defendents accountable for their roles in causing harm to All involved injunction relief. Immediate safe housing Defendents to honor the original housing program

$250,000.00 for each family member. For compensatory Damages This is for money I had to scrape together to find housing for baths and heat during winter months gas for the many nights me and my children had to sleep in our car. Running heat to keep warm. Fast food to eat. and Et.

500,000.00 Defendents were made Aware of repairs that were needed and willfully decided not to do so when I made complaints as my home became inhabitable I was met with threats, harrassm, social media bullying and humiliation Et...

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3/11/2025 , 20 25 .

Signature of Plaintiff  _____

Printed Name of Plaintiff  Alishia Jones

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:** The Defendant actions and inactions Resulted in me Seeking mental health professionals due to Emotional and mental anguish duress and Anxiety.

According to Hud when asking to be Relocated Due to harm or life threating situation Request Shall be granted and mince was not---

7

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

County in which action arose: _Oakland_

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Alishia Jones

**(b)** County of Residence of First Listed Plaintiff _Oakland_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
39 City line RD Pontiac MI 48342

### DEFENDANTS
Ahmed Taylor Et.al

County of Residence of First Listed Defendant _Oakland_
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | / [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [x] 443 Housing/ Accommodations / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | / [ ] 555 Prison Condition | | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42. USC JS 3601 et. fair housing act

Brief description of cause: Fair Housing

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE WHITE   DOCKET NUMBER 2:25-cv-10329-PJW-EAS

DATE 3/11/25

SIGNATURE OF ATTORNEY OF RECORD _(signature)_

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?  ☐ Yes
    ☒ No

If yes, give the following information:

Court: _____

Case No.: _2:25-cv-10329_____

Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes
    ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _Case were Closed Due to non Payements_