I will call and follow up and you should expect a call from Melton today.  Thank you

Ahmad

**From:** lisa jones [mailto:alishiajones24@gmail.com]
**Sent:** Wednesday, June 15, 2016 10:09 AM
**To:** Ahmad Taylor <ATaylor@pontiachousing.com>
**Subject:** Carpet

Hi Mr Taylor this is alishia jones at 39 city line rd I had spoke with you about having my carpet changed I have not seen or heard from anyone since Milton decided to do a pop up house keeping inspection right after the contractors asked me to move all my things cause he will be back the next following day now all my things are crammed in the basement awaiting the carpet change and I told Milton I have a ant problem he said he will be back he did not come back and I still don't have paint been here almost 5 years still no screens on any windows toilet still backed up that have not been snaked like I asked so now what should be my next step because mrs Prudy says she don't know about anything and she's my case manager.......

↩ Reply | ↪ Forward |