(2) Stains observed on wall in the garage. The inspector probed stains with a moisture detector, which showed no moisture present at time of inspection. Client is advised to consult seller to determine the source of staining and verify that corrections have been made.



3.9 Item 1(Picture)

**3.10 Garage Ceiling**

**Comments:** Repair or Replace

(1) Stains observed on ceiling in the garage ceiling. The inspector probed stains with a moisture detector, which showed no moisture present at time of inspection. Client is advised to consult seller to determine the source of staining and verify that corrections have been made.

(2) Stains, discoloration, growth and/or evidence of moisture observed in the garage ceiling. These conditions may indicate mold and/or fungus growth and were discovered during the home inspection. Because certain types of mold may be toxic and result in adverse health effects, it is strongly recommended that a mold inspection be performed by a qualified professional to determine the presence of, and types of, mold in the house and that corrective measures be taken to limit moisture inside the home.



3.10 Item 1(Picture)

**Electrical Receptacles, Switches and Fixtures**

**Comments:** Comment