UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Alishia Monique Jones,

               Plaintiff(s),

v.                                   Case No. 2:25−cv−10681−SKD−DRG
                                   Hon. Susan K. DeClercq

Ahmed Taylor, et al.,

               Defendant(s),

_____

**ORDER TO SHOW CAUSE**

   IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 5/19/2026, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.

                                   s/Susan K. DeClercq
                                   Susan K. DeClercq
                                   U.S. District Judge

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                By: s/K. Brown
                                      Case Manager

Dated:  May 5, 2026